UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAULA DAMASO,

    Plaintiff,

v.                        Case No:  2:20-cv-260-FtM-29MRM

COSTCO WHOLESALE CORPORATION,

    Defendant.

_____

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. #23) filed on July 31, 2020. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __31st__ day of July, 2020.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record